UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GARCIA,<br><br>    Petitioner,<br><br>    v.<br><br>D. L. RUNNELS,<br><br>    Respondent. | 1:03-CV-6320 OWW WMW HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #14) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 1, 2006, petitioner filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   June 16, 2006**                    **/s/  William M. Wunderlich**
bl0dc4                                                            UNITED STATES MAGISTRATE JUDGE